UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 through 10, inclusive,<br><br>Defendant. | No.  1:16-cv-01144-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 11) |

On November 28, 2016, the parties filed a joint stipulation dismissing the complaint with prejudice and with each party bearing its own costs and attorneys' fees.  (Doc. No. 11.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**November 28, 2016**__                    _____

UNITED STATES DISTRICT JUDGE

1